FILED
2021 Apr-28 AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1



**ANDREWS**
Sports Medicine & Orthopaedic Center

**ORTHOPAEDIC SURGEONS**
James R. Andrews, M.D.
E. Lyle Cain, Jr., M.D.
Andrew M. Cordover, M.D.
Jeffrey C. Davis, M.D.
Jeffrey R. Dugas, M.D.
Benton A. Emblom, M.D.
James A. Flanagan, Jr., M.D.
Samuel R. Goldstein, M.D.
B. Wayne McGough, Jr., M.D.
Kathleen E. McKeon, M.D.
K. David Moore, M.D.
Steven R. Nichols, M.D.
Marcus A. Rothermich, MD
Michael K. Ryan, M.D.
Norman E. Waldrop, III, M.D.

**NON-SURGICAL / SPORTS MEDICINE**
Charles T. Carnel, M.D.
Christopher S. Carter, M.D.
Emily B. Casey, M.D.
Ricardo E. Colberg, M.D.
Rachel G. Henderson, M.D.
Monte M. Ketchum, D.O.
Cherie B. Miner, M.D.
José O. Ortega, M.D.
Jay S. Umarvadia, M.D.

**AUBURN SPORTS MEDICINE**
Michael D. Goodlett, M.D.

**CHIEF EXECUTIVE OFFICER**
Lisa G. Warren

Dr. Jeffrey Dugas
7500 Kings Mountain Ridge Way
Birmingham, AL 35242

March 22, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Dear Judge Bowdre,

Thank you for considering this character reference letter in support of Patrick Bishop.

I first met Pat Bishop five years ago when our two teenagers started dating. Over time, Pat and I developed a strong friendship and business/scientific collaboration. Following the raid on Pat's home, his son came to my house to tell me about what happened. I was very surprised to learn that Pat was in such serious legal trouble. Pat is a man of sterling character whose primary drive in life is to use his intellectual gifts to serve humankind. Your Honor, I am glad to provide my observations as you decide the just sentence for Patrick Bishop.

I am an Orthopedic Surgeon, Sports Medicine Specialist, and Managing Partner at the world-renowned Andrews Sports Medicine and Orthopedic Center in Birmingham. When Pat introduced me to his patented hydration technology, I was extremely impressed. He spoke with great passion for how Hydrosome could increase nutrient absorption in the human body. Pat showed me extensive data and studies to demonstrate the precise biological mechanisms that create the result. As a sports medicine specialist, I have conducted studies with Pat that show incredible promise.

ST. VINCENT'S BIRMINGHAM OFFICE: 805 St. Vincent's Drive • Suite 100 • Birmingham, Alabama 35205 • 205-939-3699 • FAX 205-581-7155
ST. VINCENT'S ONE NINETEEN OFFICE: 7191 Cahaba Valley Road • Hoover, Alabama 35242
ST. VINCENT'S TRUSSVILLE OFFICE: 7201 Happy Hollow Road • Suite 202-A • Trussville, Alabama 35173
CULLMAN OFFICE: 1301-A Bridge Creek Drive NE • Cullman, Alabama 35055
GARDENDALE OFFICE: 210 Fieldstown Road • Suite 124 • Gardendale, Alabama 35071
PELHAM OFFICE: 3143 Pelham Parkway • Suite 400-A • Pelham, Alabama 35124
BUSINESS OFFICE: 2800 University Boulevard • Suite 100 • Birmingham, Alabama 35233 • 205-939-3699 • AndrewsSportsMedicine.com



**ORTHOPAEDIC SURGEONS**
James R. Andrews, M.D.
E. Lyle Cain, Jr., M.D.
Andrew M. Cordover, M.D.
Jeffrey C. Davis, M.D.
Jeffrey R. Dugas, M.D.
Benton A. Emblom, M.D.
James A. Flanagan, Jr., M.D.
Samuel R. Goldstein, M.D.
B. Wayne McGough, Jr., M.D.
Kathleen E. McKeon, M.D.
K. David Moore, M.D.
Steven R. Nichols, M.D.
Marcus A. Rothermich, MD
Michael K. Ryan, M.D.
Norman E. Waldrop, III, M.D.

**NON-SURGICAL / SPORTS MEDICINE**
Charles T. Carnel, M.D.
Christopher S. Carter, M.D.
Emily B. Casey, M.D.
Ricardo E. Colberg, M.D.
Rachel G. Henderson, M.D.
Monte M. Ketchum, D.O.
Cherie B. Miner, M.D.
José O. Ortega, M.D.
Jay S. Umarvadia, M.D.

**AUBURN SPORTS MEDICINE**
Michael D. Goodlett, M.D.

**CHIEF EXECUTIVE OFFICER**
Lisa G. Warren

Pat is diligent, intelligent, and driven to solve problems. I have personally experienced his inexhaustible energy and determination. In our water project, Pat brought on an associate with considerable compliance experience and expertise. Compliance is a primary guiding principle for the entire Hydrosome team. Looking back, I know that Pat wishes he would have assembled a team of compliance experts to help with his cancer treatment project. He clearly made a mistake when he broke the law, no matter how noble the cause.

In our personal conversations, Pat shares wise parenting advice. He has treated my daughter, Caroline, with the utmost respect and magnanimity. Pat's son, Kyle, likewise has behaved like a complete gentleman around my daughter and the rest of my family. Kyle is an extraordinarily brilliant young man, a voracious reader just like his father. They are a truly outstanding family who I am honored to know.

Your Honor, Pat has approached this legal process with a spirit of humility and acceptance. I hope this court will examine the full context of Pat's illegal acts. I strongly encourage this court to show mercy to Patrick Bishop at sentencing.

Sincerely,

Dr. Jeffrey Dugas

ST. VINCENT'S BIRMINGHAM OFFICE: 805 St. Vincent's Drive • Suite 100 • Birmingham, Alabama 35205 • 205-939-3699 • FAX 205-581-7155
ST. VINCENT'S ONE NINETEEN OFFICE: 7191 Cahaba Valley Road • Hoover, Alabama 35242
ST. VINCENT'S TRUSSVILLE OFFICE: 7201 Happy Hollow Road • Suite 202-A • Trussville, Alabama 35173
CULLMAN OFFICE: 1301-A Bridge Creek Drive NE • Cullman, Alabama 35055
GARDENDALE OFFICE: 210 Fieldstown Road • Suite 124 • Gardendale, Alabama 35071
PELHAM OFFICE: 3143 Pelham Parkway • Suite 400-A • Pelham, Alabama 35124
BUSINESS OFFICE: 2800 University Boulevard • Suite 100 • Birmingham, Alabama 35233 • 205-939-3699 • AndrewsSportsMedicine.com