# EXHIBIT 2

Stephanie Bishop
5655 Lake Trace Drive
Hoover, AL  35244

April 16, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Dear Judge Bowdre,

Thank you for accepting this request for leniency in the case of Patrick Bishop, my beloved husband. Pat understands that he broke the law when he distributed an unapproved drug treatment. He knows that he should have been compliant and transparent throughout his work with cancer patients. Pat wishes he could go back, make different choices, and avoid this outcome. In all our discussions, he has never placed the blame on anyone but himself. I will always remember his clarity and strength as he prepared for this sentencing hearing.

Pat and I met in 1986 on the night of a neighborhood house fire. Neighbors ran into the street to watch the commotion. When I came out, the first thing I saw was Pat trying to put the blaze out with a garden hose. My first memory of my husband captures so much of his essential character. Pat's first instinct is to run to a problem then see what he can do to help. I have seen many displays of Pat's bravery and boldness over the course of the past thirty-five years.

As we courted, Pat behaved like a true Christian gentleman towards my mother and me. I appreciated the tenderness and devotion he had for his own mother. My entire extended family adores Pat. He is like a second father to my nieces and nephews. Pat wants the best for each and every person in his life. Everyone knows they can rely on Pat to be there for them in good times and bad.

Pat first moved to Birmingham to be close to his older brother, Jerry. I saw how close they were and how well they collaborated on business projects. Even as grown men, they could play like boys. They were each other's best friend. After Jerry's death, Pat grieved and fell into a depression. Pat also felt fear, since cancer had taken his father and grandfather years earlier. I think Pat was afraid that he would be next. All those strong emotions flowed into his determination to find an effective cancer treatment.

Pat worked around the clock on this treatment project. He spent many hours on the phone with scientists, doctors, patients, and their family members. He immersed himself in the latest research and best practices. I believe that Pat's work did help patients and their families. I have

spoken with patients who received a benefit from this treatment. In my heart, I am sure that Pat's sole motivation was to relieve suffering. Pat's desire to serve others is his basic, defining characteristic. He will always run toward the fire if he can help.

Our three children have grown stronger and wiser by watching their father take responsibility for his actions in this case. They have learned important lessons about following the letter of the law. Like their father, my children work hard and with great dedication to their creative endeavors. All three are kind, brilliant, and entrepreneurial. As a Christian family, we believe that God is with us, guiding us with purpose. We love Pat very much and have complete faith in his good heart.

Pat is currently working on energy conservation and a new water technology. I am delighted to see him moving ahead with his usual enthusiasm. I assure you that he confirms that every aspect of these projects is legal and proper. He has truly learned his lesson. Your Honor, I am very proud to stand with my husband today. We have a beautiful life together and I look forward to the many years still to come.

Sincerely,

*Stephanie Bishop*

Stephanie Bishop