FILED
2021 Apr-28 AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3

Alicia Bishop
5655 Lake Trace Drive
Hoover, AL  35244

April 21, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Dear Judge Bowdre,

This legal process has been a powerful learning opportunity for my entire family to grow. My dad, Patrick Bishop, has been transparent about his legal case from the beginning. He showed me the counts in the initial paperwork and told me exactly what happened. My dad shared specific details and invited me to attend his plea hearing. I am proud of how my dad took responsibility for his unlawful acts with dignity and grace. We have learned the powerful lesson that empathy needs boundaries to help without hurting.

One of my earliest memories is of my dad coming to the aid of a stranger. We were driving down the freeway in the pouring rain when the car ahead of us slid off the road. Dad pulled onto the shoulder and got out to help. As he worked in the rain, the driver sat in our car with us. She was grateful, and a little baffled, by my dad's selflessness. After getting her car back on the road, my dad told us that he hoped someone would be there for us to do the same. He treats everyone like family. His willingness to suffer on behalf of a total stranger made a huge impression on me.

Many friends and family members have turned to my dad in times of trouble or financial stress. He is gracious and generous to anyone who calls, reminding me to be gracious to others and to myself. Dad lives out his faith. He devotes himself to serving others and never turns away a suffering neighbor. My dad's cancer treatment project was the perfect example of this compassion.

Dad taught me to bend my heart to others and do what I can to serve. Because of his support, I have engaged in several service projects. One summer, I conducted research on barriers to refugee youth employment while living in a resettlement area in Clarkston, Georgia. I later joined AmeriCorps to help bridge career pathways with Native Hawaiian high school students. We led service-learning trips to the outer islands to develop leadership skills through outdoor recreational therapy. While in Hawaii, I also served as a case manager and pre-school teacher for children experiencing homelessness.

It was during this role as Early Childhood Family Specialist, that I knew something in my body was not as it should be. I was falling asleep driving my commute often, spending a huge majority of my paycheck on espresso shots to survive. Mom and dad were very concerned, they urged me to come home to find out what was happening. In this process, I was diagnosed with Narcolepsy, a chronic

neurological condition I've been living with since the second grade. Basically, my brain has lost its boundaries between sleep and wakefulness so there are REM intrusions throughout waking life. The reason we believe that we did not see the symptoms for 17 years is because Dad and I share many symptoms, it is highly likely I inherited it from him.

This disease affects many aspects of my life. But one of the biggest issues is Automatic Behavior. This is when your brain essentially turns on auto-pilot without you knowing. It's caused me to do bizarre things like leave the stove top on while I'm making breakfast, drive to school in my pjs, and wake up in the parking lot to realize it's Saturday. It accompanies intense brain fog. REM affects your memory storage, so my memory bank feels like a foundation with major cracks in it. Memories that associate with previous feelings are stronger, I believe this can enunciate feelings disproportionately because it is all we must remember. Grief, automatic behavior, and stress create the perfect storm for poor decision making.

My dad and I are very similar, our brains work the same way. I know this disease has a huge impact on my energy and decision making so I know it affects his decisions as well. It is as if your body is powered with a faulty phone battery. Our energy must be focused on what we are passionate about or we literally can't stay awake to care about it. I believe dad was in the perfect storm functioning with this kind of faulty battery when he made the poor decisions with the cancer treatment. Dad was absorbed with the cancer world because he wanted to help, the intensity of it was keeping him awake.

The silver lining of narcolepsy is that the intense amount of time spent in REM sleep makes us creative, innovative problem solvers. Dad is a visionary who wants to help people thrive. Years ago, dad arrived in Birmingham from California. He had already established himself as a technology pioneer at the dawn of the internet age. I am very proud of how he helped people in Birmingham transition to the future. He worked with local businesses to install revolutionary technology and train them for the new era. Now he's back preparing businesses for the future through the latest energy-saving technology. I can see light back in his eyes as he engages in his latest passion project.

I recently started a stained-glass small business with my sister-in-law. I see it eventually becoming a community development tool integrating art therapy and job readiness for low-income people. We are careful to do everything the right way from liability insurance to a proper business license. My dad's case serves as an important lesson about always following the letter of the law. Dad is already using his experience and wisdom to help us make the right choices. I know I can rely on him if I need help, comfort, or advice.

Your Honor, I hope you will remember all the people my dad helped over the course of his life. Please show my dad mercy at his sentencing hearing.

Sincerely,

*Alicia Bishop*
Alicia Bishop