FILED
2021 Apr-28 AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

April 18, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Dear Judge Bowdre,

My name is Ann Claire Bishop and Patrick Bishop is my father-in-law. I am writing to share my thoughts as this Honorable Court decides Pat's sentence. Pat is the first to admit that he broke the law. He has shown me that stepping over a legal line has consequences. I will never forget his clarity and forthrightness as he acknowledged his mistakes. Through this ordeal, Pat taught me how to be humble and brave at the same time.

I transferred to Shades Mountain Christian School in 2008. My new friends often got together at the Bishop's home for social time. I looked forward to seeing Pat, who treated all of us kids like we were members of the family. He spent time with us in a relaxed, fun way. When I started dating Pat's son, he welcomed me into the family with open arms. Over time, he's gotten close to my parents and just about everyone else I care about. Pat makes friends easily and opens his heart to anyone. I love him for being the glue that holds our entire family together.

As I get older, Pat inspires me be courageous and more goal-oriented. I see how he puts his whole heart into everything he does. Pat lives a purpose-driven life full of big ideas and noble aspirations. Pat's children definitely inherited his passion and creativity. Recently, I took a bold step, left my previous job, and started a business with Pat's daughter, Alicia. With hard work and faith, we found success making stained glass at the Sway Design Studio.

I observed Pat during his time working with cancer victims and their families. He answered phone calls any time of day. He sent emails with words of encouragement or information about living a healthier lifestyle. Pat took trips around the world investigating the reports of treatments and their validity.  Pat did not just engage with victims about their medical condition, he worked with physicians to provide medical diagnosis and treatment. He offered emotional support and words of wisdom. He shared his story about how his brother died of cancer. Pat knew how it felt to watch a family member suffer and succumb to their illness. He devoted himself to each family like they were his neighbor. Pat saw each victim as a precious soul, worthy of the best possible care.  His fear of cancer is generational as it took his Grandfather, father and brother all at the same age of 52 years old.

Your Honor, I see so much of Pat in my husband, Tyler. My husband is a gentleman like his father. We have a beautiful life thanks, in part, to Pat's love and guidance. I hope you will remember my letter and show leniency to Patrick Bishop.

Respectfully,

*Ann Claire Bishop*

Ann Claire Bishop
1270 Eagle Park Road
Birmingham, AL  35242