FILED
2021 Apr-28  AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5

Dr. William E. Jackson III
5654 Lake Trace Drive
Hoover, AL 35244

March 25, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203
.
Dear Judge Bowdre,

I have been a professor of Finance and Management at the Culverhouse College of Business at the University of Alabama for fourteen years. I teach business ethics, entrepreneurship, and entrepreneurial finance courses. I also serve as the Smith Foundation Endowed Chair of Business Integrity. Patrick Bishop has been my next-door neighbor for two years during which time I have gotten to know him and his family. Patrick and I have prayed together about his legal trouble. He spoke frankly about his legal violations and blamed no one but himself for using such poor judgement.

Aside from this case, Patrick and I have spent many hours in thoughtful conversation. He is a strong family man who is committed to using his many talents for good. He offered to speak to my students about his experiences with venture capital, specifically how to deal with detailed term sheets. His idea of entrepreneurship is not focused on only accumulating material wealth. Rather, Patrick marshals his creativity, intellect, and passion to seek higher purpose and serve humanity. As a professor of business ethics, I admire Patrick's values and look forward to introducing him to my students.

My wife and I both feel lucky to have such good neighbors. Patrick keeps his eye out for our wellbeing and is always willing to lend a helping hand. When my wife went through her cancer treatments, Patrick regularly sent her inspirational cards to lift her spirits. And, Patrick's daughter made my wife a stained-glass cross. I have enjoyed many long conversations with Patrick's son, Kyle. Like his father, Kyle is an insightful, well-mannered, and very promising young citizen.

Patrick has a fine reputation in our community. He is a real asset who will undoubtedly make positive contributions to society in the years ahead. As a cancer survivor myself, I honor his enthusiasm for aiding patients in dire need. I am confident that Patrick's best days are ahead of him. And, I pray that this Honorable Court will show mercy to my friend and neighbor, Patrick Bishop.

Sincerely,

William E. Jackson III, PhD
Professor of Finance
Professor of Management
The Smith Foundation Endowed Chair of Business Integrity
Culverhouse College of Business
University of Alabama