FILED
2021 Apr-28 AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 6

March 29, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Dear Judge Bowdre,

My name is Mick Vigneulle and I have known Patrick Bishop for almost twenty years. Soon after his legal trouble started, he told me about his case in person. Pat acknowledged what he did and he did not hide the truth and did not minimize the seriousness of his case. As this Honorable Court deliberates over Pat's sentence, I hope you will keep my letter in mind.

Pat knew what it meant to grieve, especially after losing his brother, Jerry. I knew Jerry and saw how close he and Pat were. They were best friends and always together. After Jerry died of cancer I saw Pat change in many ways. He wanted to honor his brother and do whatever possible to help cancer patients and their families. At church, Pat reached out to families going through a cancer battle. He offered his prayers and his experiences as a resource. Pat is driven by a desire to relieve the suffering of others. I have experienced that up close during my darkest moments of grief.

I lost my 25-year old son, Drew, in a tragic accident seven years ago. That night, Pat and his wife came to my house to comfort my wife and me. In the weeks and months that followed, Pat spent extra time with me over breakfast, during workouts, or after church. He visited my house many times to check-in and offer his heart-felt support.

Pat's home was the 'happening place' and my son was often at his house, along with his sons, or at their personal paintball course. He had a major impact on my son's life as he participated together with them. Pat's kids and home reflect his gracious, ebullient spirit. As a faithful Christian, Pat makes generous donations to multiple Christian ministries, including my youth education ministry. Pat is a very giving individual who truly lives a life of charity and neighborly love. I know how blessed I am to know Pat as a friend.

Your honor, please review Pat's extraordinary record of work and service to others. He is a force for good in our community and that will never change. I hope you will show Pat mercy at his sentencing hearing.

Respectfully,

*Mick Vigneulle*

Mick Vigneulle, 1908 Crossvine Road  Hoover AL 35244