FILED
2021 Apr-28  AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7

James L.E. Terry
2250 Mill Run Drive
Hoover, AL  35226

March 25, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Dear Judge Bowdre,

Please accept this letter in support of leniency for my friend, Patrick Bishop.

Since the passage of the Americans with Disabilities Act of 1990, I have devoted much of my career to ADA architectural compliance. I am currently advising the United States Department of Justice on approximately a dozen active ADA investigations. I teach seminars for national organizations that train ADA specialists in strict regulatory compliance. When Pat Bishop disclosed the details of his legal trouble, I knew that he would face consequences for his failure to follow the law. Pat spoke honestly about the exact nature of his case and took full responsibility for his actions. I admire Pat very much and am proud to stand with him as he prepares for his sentencing hearing.

I met Pat over 20 years ago at the Shades Mountain Independent Church (now the Shades Mountain Community Church). I appreciated his sincerity and intelligence, particularly when sharing his business insights with me. My son Paul, along with his sons, Kyle and Tyler, are about the same ages, which meant that Pat and I saw a great deal of one another. We spend many weekends at the paintball course competing against each other and other teams.

I believe men reveal their true character during competition, especially in moments of discord or defeat. At all times during our paintball matches, Pat demonstrated true sportsmanship. He maintained his gentlemanly composure even when other men did not. Regardless of what it cost him in the game, Pat always did the right thing. He made consistently ethical choices and never sacrificed his honor for a victory.

To serve our industry and the public, my firm designed a website to provide comprehensive ADA compliance information. Pat routinely offered expert technical advice during that lengthy development process. He never asked for payment despite the quality and value of his input. Like with his cancer treatment knowledge, Pat's primary mission was to share the fruits of his research for the benefit of others. In fact, I have a personal connection with two individual cancer patients who received significant benefit from Pat's therapy knowledge and advice.

I serve on the Local Advisory Board of the Central Alabama Chapter of Mission Increase Foundation. MIF provides free training and consulting services to over 125 local non-profits and ministries in the Birmingham and Tuscaloosa areas. I recently mentioned to Kevin Moore, our Area Director, that we needed to update the https://servemycity.com website we inherited from Mission Birmingham where he served before coming to MIF. He asked me if I knew that Pat Bishop had offered him advice about how to make his idea for that website a reality. Pat located a programmer for him, then paid for all the costs of setting it up. That was the first time Pat's name had been mentioned in our conversation. Pat has quietly done much to serve others in our area, and I'm sure he will continue to do that as long as he is able.

Pat and I sat down for lunch after federal agents conducted their raid. He spoke openly about how he disobeyed federal law while pursuing what he believed to be a medical miracle. Pat expressed profound regret for breaking the law and made no excuses. Your Honor, I am aware that Pat pleaded guilty to a crime in federal court. In my opinion, Pat's conduct in this instance is out of character for him. Pat is a fine, decent person who respects authority and follows the rules. This case does not change my personal assessment of Pat whatsoever. He is a trusted and valued member of our community and my beloved friend.

Please consider leniency for Patrick Bishop at his sentencing hearing.

Sincerely,

James L.E. Terry, AIA, CASp