FILED
2021 Apr-28 AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 8

*Patricia Gunn*
*368 Turnberry Road*
*Birmingham, AL 35244*

March 18, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Dear Judge Bowdre,

Thank you for taking time to consider this letter in support of leniency for Patrick Bishop.

For five years, I have known Pat as a dear friend, professional advisor, and family member. My daughter, Ann Claire, is married to Pat's son, Tyler. Pat welcomed my daughter into the Bishop family with immeasurable kindness, generosity, and respect. I have observed Pat's passion for serving other people and his deep connection to his neighbors.

When we are in public together, inevitably Pat will be greeted by someone he's helped in some way or another. Many people seek out Pat's wisdom during a time of crisis. Recently, he counseled a close friend whose wife ended her own life. I remember another friend whose son died in a tragic hunting accident. This friend also turned to Pat for comfort and guidance. People are naturally drawn to Pat for his empathetic heart and fine intellect.

Pat exudes enthusiasm for new ideas and new businesses. I have called him several times for his input on Parresia Ministries, my Christian education nonprofit organization. We brainstorm together about how to reach more people with the Gospel message of grace. Pat shared his professional experiences to help me expand the reach of our personalized scripture cards. I know that I could call him anytime for help with anything. He is a true model of Christian neighborliness and service to others.

From my vantage point, Pat's medical project was another manifestation of his desire to help and to heal. Pat spoke to me about several patients for whom he cared deeply. As in every other aspect of his life, Pat's primary concern was for the wellbeing of others. Pat has also expressed remorse for violating the law. He explained that he accepted responsibility for his unlawful acts by entering a guilty plea in federal court. I feel confident that Pat will do whatever it takes to pay his debt and make things right.

Your Honor, I have served in Christian ministry for over twenty-five years. I have counseled thousands of people through times of turmoil and pain. Nothing is going to diminish Pat's optimistic spirit and ongoing mission to serve others. I believe he has learned from his mistakes and that his most important work still lies ahead of him. I urge this Honorable Court to show mercy to Pat by handing down the most lenient possible sentence.

Sincerely,

*Patricia Gunn*

Patricia Gunn