# EXHIBIT 9

March 18, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Dear Judge Bowdre,

Please accept this character reference letter in support of my friend and employee, Patrick Bishop.

Eight months ago, I met with Patrick Bishop to discuss his innovative new water technology. I was so impressed by his talent and intelligence that I hired him at my company, Brogdon Energy. Patrick now works in New Business Development, encouraging large institutions like hospitals to use our technology to lower their energy costs. In addition, Patrick is creating software extensions in order to make our products and services available internationally. All in all, Patrick is an ideal employee who cares about my company as much as I do.

Patrick is an extremely hardworking individual who puts in long hours to get the job done. He communicates clearly, honestly, and respectfully. I admire his determination, creative mind, and good-natured personality. He's the first person to volunteer for any task around the office. When I needed help with a personal errand, he stepped right up to assist. For my land development company, Patrick introduced me to new builders who came out to the work site on weekends. Clearly, Patrick has a gift for making connections and bringing together good people for good purpose.

During our initial meeting, Patrick found out that his legal case made the news. It was a jarring, emotional moment for him. Without delay, he disclosed the details of his case to everyone in the room. Patrick understands that violated the law and took responsibility for his actions. I know these illegal acts occurring in the context of his passionate desire to help people dying of cancer.

Your Honor, I would definitely hire Patrick again in the future. He has a supportive community around him who are standing with him through this legal process. I hope you will consider the context of his actions and give him a lenient sentence.

Sincerely,

David Brogdon
1500 Resource Drive
Birmingham, AL 35242