# EXHIBIT 10

Christopher S. Edmonds                                            1701 Midwest Club Parkway
                                                                  Oak Brook, IL  60523

March 12, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Dear Judge Bowdre,

My name is Christopher S. Edmonds, and I have known Patrick Bishop since 1989. The news of Patrick's federal case shocked and saddened me. Pat has been dear friend to whom I could speak to regarding any topic. I know his good heart and his sincere devotion to caring for others. Pat disclosed the details of his case and immediately took full responsibility for violating federal law. He did not sugarcoat the facts or spin a story. He knows he made poor choices and crossed the line. Knowing him as I do, I am grateful for this opportunity to share my thoughts about Pat.

Pat has always had a genius for engineering. He is a forward-thinking man of vision with an incredible work ethic and generous spirit. After my college graduation, Pat sent me money when he knew I was struggling financially then would not let me repay him. I can call Pat anytime I need someone to talk to about personal or professional matters. Pat listens patiently and responds honestly. He always had faith in my professional talents and encouraged me at every step along my path – even with he questioned my direction or geography.

Recently, I became the primary investor in a revolutionary water technology invented by Pat. His patent-pending designs for nutritionally fortified water show great promise for athletes and people with chronic hydration deficiencies. While he no longer manages the company's day-to-day affairs, his creative work is the foundation of our business. I am confident Pat's work will benefit humanity for many years to come - in this field and in others.

To Pat, his brother, Jerry, hung the moon and remained the center of his universe. After Jerry lost his battle with cancer, Pat was on a mission to reduce cancer-related suffering for patients and their loved ones. I am certain that Pat's dedication to this alternative treatment was based on the very best intentions. I remember several stories of people who thanked Pat for his efforts. I met one tearful parent whose sick child had been given no chance by their doctors. They told me, "…your friend did everything in the world to help up when no one else would."

Pat is well aware, no matter what his good reasons, he broke the law and must pay the price. Upon reflection, he knows his personal trauma and strong feelings clouded his judgement. In the

future, I am confident Pat will make compliance the first order of business in all of his activities. I can report that in all matters related to our water technology company, Pat has been extremely cautious and mindful of all relevant law and regulation.

As Global Head of Clearing & Risk at Intercontinental Exchange, Inc., I make full regulatory compliance my top priority. I am very sorry Pat failed to obey the law in this case, but I can also assure this court that Patrick is a patriotic, law-abiding man by nature. I encourage you to consider the broader context of Pat's unlawful actions. Please keep this letter in mind when you deliberate over the appropriate sentence in this case. I urge this court to show mercy.

Sincerely,

*[DocuSigned by: signature — 09A458AFFBFC4C4...]*

Christopher S. Edmonds