# EXHIBIT 11

# THE LAW OFFICES OF
# TROY KING

March 29, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

Dear Judge Bowdre:

Please accept this character reference letter in support of a lenient sentence for Mr. Patrick Bishop.

I served as Alabama's Attorney General for six years. I have never written a letter like this one. As a prosecutor, I spent a great deal of time evaluating defendants to determine their future risk of re-offending and weighing their culpability and mistakes to arrive at a penalty that was commensurate to their crimes. Pat Bishop and I first met two years ago through a mutual business contact. We are currently working together on an innovative project to help large institutions lower their energy costs. As the point person for our team, Pat has earned my trust and respect. I have found him to be highly-intelligent, hard-working, and ethical – a man who makes a productive, positive contribution on a daily basis. Thanks to Pat's efforts, several large businesses are becoming more profitable through energy conservation.

While I do not know the intimate details of Pat's federal case, it is difficult for me to imagine that the man I work with every day acted with a malicious intent to do harm. I commend Pat for accepting responsibility for his legal violations. I believe that he has grown wiser and more sensitive with respect to the importance of full legal compliance. He has learned to ask the right questions and to be on guard for any potential regulatory infractions. I have witnessed how these lessons manifest themselves in his day-to-day decision making. Pat has expressed his sincere remorse to me for the lapse in judgment that brought him before this Court.

I am proud to be associated with this honorable man. I am even prouder to call him my friend. I can attest to Pat's strong support network and deep ties to his community. He is a man of profound faith. Far from presenting a future risk to the public, I believe Pat is a tremendous resource and asset to our customers, and those he serves through his charitable and community activities, and to Birmingham, Jefferson County, and the State of Alabama.

I am proud to publicly and strongly encourage this Court to temper justice with mercy in the case of Patrick Bishop.

Sincerely,

Troy King

WWW.STILLPROTECTINGYOU.COM

TOLL FREE: (855) 335-8769
TELEPHONE: (334) 215-4440
FACSIMILE: (334) 215-4438

38 MONROE STREET
MONTGOMERY, ALABAMA 36104