# EXHIBIT 12

**Craig Reeves**
**3483 Talwood Drive**
**Birmingham, AL  35216**

March 20, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Dear Judge Bowdre,

I apologize for this letter being long winded ahead of time.  The fact that Pat, a true friend for over 20 years, is facing a serious matter being put forth before you isn't something I take lightly or briefly.  I own a fairly large technology company in Hoover, AL and putting my name to a letter such as this is something I take very seriously.  I have known Pat long before he became involved in the protein that is at the center of this legal action today.

Pat has always cared about others.  He cares about their well being and has always been kind enough to assist whenever the opportunity presents itself.  My four children and Pat's three children have grown up together over the course of 20 years.  In those days of raising children, I have never known him to be anything but loving and caring with his family as well as others.  His wife, Stephanie, and my wife, Connie, are good friends to this day.  I have seen Pat live through every facet of life; faith, family, and business.

I first met Patrick Bishop twenty-five years ago at Shades Mountain Community Church. We participated in multiple ministries together, including youth ministry and Bible study. When our children were younger, Pat and I worked long hours to organize Friday night sporting events in our local stadium. Recently, he took an entire day off work to help me retrieve a stranded vehicle. I always admired Pat for his bright mind and kind heart. He is clearly motivated by a passion to serve his fellow man in all aspects of his life.

In 2015, I was diagnosed with prostate cancer. Pat was one of the first individuals I called because I was aware of the work he was doing in protein therapy.  Pat never indicated that the protein would cure me.  He gave me some of his protein therapy, which I determined helped after conducting my own personal double-blind study. Also, Pat told me to investigate a new FDA-approved therapy called High Intensity Focused Ultrasound (HIFU). In those early days, Pat's deep knowledge and expertise were a great comfort to me. He empowered me to make decisions based on the latest science. Pat gave me the right questions to ask and the best information to guide my thinking. Thanks to Pat, my cancer is gone. I had a 100% recovery.

I can also attest to Pat's devotion to his family. His three children are extremely intelligent, polite, and kind young people. His two boys obviously inherited their father's probing mind and entrepreneurial spirit. Pat's family is well-respected and beloved by our faith community and beyond. The Bishops are a patriotic, God-fearing, service-oriented family who work hard to make the world a better place.

Pat and I have had blunt conversations about his legal case. He knows it was wrong to break the law. He takes this case very seriously and has absolutely accepted responsibility for his actions. Pat speaks openly about how his strong emotions impaired his sound judgement. Both Pat's father and brother died from cancer, which of course had an enormous impact on him; Pat and I had conversations about his desire to make a difference in other's health and not suffer the loss that he did. I believe that Pat has learned his lesson and will not repeat these mistakes in the future.

Your Honor, I urge you to show leniency to Patrick Bishop.

With Respect,

Craig Reeves   4/22/2021