# EXHIBIT 13

**Bradley Kidd**
**2131 Pembroke Drive**
**Brookhaven, GA  30319**

April 19, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Dear Judge Bowdre,

I met Patrick Bishop twenty years ago when I was in the fourth grade. His son, Tyler, and I were inseparable best friends, so Pat was like a father to me. Except for my own parents, Pat influenced me more than anyone else in my life. I stayed overnight at their house more times than I can count. Together, we attended church, took vacations, and played sports. He taught me how to act like a gentleman and told me to avoid drugs, alcohol, and gambling. Pat was, and still is, my guide and safe harbor.

When I was about 13, Pat went with Tyler and me to a Christian retreat in Gatlinburg, Tennessee. Pat encouraged me along a spiritual path as I developed my own faith. We bought a discipleship book, *Crazy Love*, which we read together and discussed. Pat talked to me about serving my fellow man and using my abilities to make a positive impact on others. I could talk to Pat anytime about anything, even about topics I didn't want to discuss with my own parents. Pat listened to what I had to say without judgement. I knew I could trust him to tell me the truth even if I didn't want to hear it.

I currently work for Trane Commercial HVAC as I start to build my own future in business. If I ever have a business-related question, I call Pat. He advises me on each key decision to make sure I am doing everything the right way. I've called him dozens of times and he's always willing to take time to answer my questions. In fact, it was Pat who first inspired me to think of myself as an entrepreneur. He gives clear instructions to do everything by the book and I have followed that advice to the letter.

The news of Pat's legal trouble broke my heart. I know he pursued that medical treatment for humanitarian reasons. He wanted to help people just like he always does. However, Pat broke the law, so he knows he will pay a price for that. This case did not change my opinion of Pat, not one bit. I will love and respect Pat Bishop forever.

Please be merciful to Pat at sentencing.

Sincerely,

Bradley Kidd