FILED
2021 Apr-28 AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 14

Kyle Bishop
5655 Lake Trace Drive
Hoover, AL  35244

April 15, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Dear Judge Bowdre,

I am the youngest of Patrick Bishop's three children. I love him very much and am proud to tell you more about him in this character reference letter. When I was growing up, my dad never missed my football practices or games. He made sure I got the best education, even during times of financial stress. My dad wears his emotions on his sleeve so I always knew he cherished my siblings and me. At my brother's wedding, Dad could barely speak through his tears. My dad and I spend many hours together discussing big ideas and planning for the future. He'll also come play outside with my friends like he's still a kid.

My father originally moved to Alabama to be near his best friend, my Uncle Jerry. They spent many years working and playing together until doctors diagnosed Uncle Jerry with cancer. Throughout Uncle Jerry's battle, Dad remained unrelentingly optimistic about Jerry's chances of survival. Then, after Jerry's death, my dad fell into a deep state of mourning. I watched him transform that pain into a passion for helping cancer patients and their families.

My dad did everything in his power to alleviate suffering. Not only did he investigate new scientific possibilities, he served as a counselor and consultant. My dad knew better than anyone the agonizing pain and logistical nightmare than comes with a cancer diagnosis. He was constantly solving problems based on the best evidence he could find. I met one cancer survivor who thought of my dad as her hero. I remember the two-year old who won her cancer battle and is still alive today. I am immensely proud of my father's innovative thinking and tireless efforts to serve sick and suffering cancer patients.

My father inspires me to work hard and think creatively about how I can make the world a better place. My dream is to amass a portfolio of commercial real estate in order to invest in pioneering technology. For example, I'm currently researching Off-Earth Manufacturing Technology like zero-gravity 3D printing, gene editing and the intersection of decentralized finance and real estate. I am passionate about accelerating the probability

of creating human colonies in outer space. Thanks to my dad, not even the sky is the limit for my imagination.

I was at home when federal agents arrived to conduct their search. I will never forget the shock of that experience. In the aftermath, my father spoke openly about how his unlawful acts led to his guilty plea. I have learned an important lesson about how best to proceed with my own creative and scientific work. I will do everything by the book and instruct my team to do the same. I am certain that my father has reflected on his choices and will not make the same mistakes again.

Your Honor, my father will never stop creating innovative solutions to big problems. He has limitless capacity for meaningful work and service. He is a man of fine character who has positive impacted many lives. I hope you will consider my father's whole story and show mercy at sentencing.

Sincerely,


Kyle Bishop

2