FILED
2021 Apr-28 AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 15

Tyler Bishop
1270 Eagle Park Road
Birmingham, AL 35242

April 20, 2021

Honorable Karon O. Bowdre
Senior United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Dear Judge Bowdre,

My name is Tyler Bishop and I am the oldest child of Patrick Bishop. I am writing with hopes that you will be merciful to my father and give him a lenient sentence. He has taken responsibility for violating the law and is using this experience as a lesson for our entire family. As he builds new technologies and creates new energy solutions, my dad thinks about the big picture which includes strict legal compliance. I can see that he takes a more cautious approach to each business and life decision. He understands that he broke the law and will not repeat this mistake in the future.

My father is an astonishingly hard worker. Over the years, I have watched him build several new businesses from scratch. He is a bold, optimistic thinker with a phenomenal intellect. My dad worked particularly well with his brother, Jerry. I went to lunch with them often when I was a boy. Over lunch, they explained the world to me. Jerry could build or fix anything. My father, who was not good with his hands, was the computer genius. Between the two of them, they accomplished whatever they set their minds to. We all loved each other very much and had great fun together. Jerry was my dad's best friend.

My dad did everything he could to help Jerry after his cancer diagnosis. My dad couldn't think about anything else. We all watched as Jerry transformed from a rugged, strong man into a frail cancer patient. By the time Dad found Dr. Pincus and the PNC-27 peptide, Jerry was too far gone to save. My father grieved Jerry's death and committed himself to helping other patients like Jerry, and other families like ours. He had a single-minded focus on this project and I know people appreciated his work. I will never forget one particular family who credits my dad with the remarkable recovery of their two-year-old daughter.

My father is now back to work helping large institutions, like hospitals, save money on their energy costs. Plus, Dad recently developed a ground-breaking water technology. We just received new scientific evidence proving that his idea works. I am grateful to see his enthusiasm and joy return. My father is taking concrete steps to plan for his happy and stable future. As I begin my own married life, I think of him constantly. I aspire to be as optimistic, patient, and discerning as my dad. He is a truly great man and I know how blessed I am to be his son.

Your Honor, please remember my letter as you decide my father's sentence.

With respect,

Tyler Bishop